United States District Court
Southern District of Texas
**ENTERED**
May 13, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| RENE ALANIS, *et al.*, § § Plaintiffs, § § VS. § DLJ MORTGAGE CAPITAL, INC., § § Defendant. § § § § | CIVIL ACTION NO. 7:23-CV-00422 |

## FINAL JUDGMENT

In accordance with the Court's Order Granting Defendant's Motion for Summary Judgment, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that all of Plaintiffs' claims against Defendant in this action are **DISMISSED** with prejudice.

Costs shall be borne by the party incurring the same.

All relief not expressly granted herein is **DENIED**.

SO ORDERED May 13, 2024, at McAllen, Texas.

Randy Crane
Chief United States District Judge